IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHELITHA ROBERTSON | Criminal Action No.<br>1:22-CR-432-SDG |

**Verdict Form**

We the jury find the defendant,

__X__ Guilty

_____ Not Guilty

Of **Count 1** in the indictment.

We the jury find the defendant,

__X__ Guilty

_____ Not Guilty

Of **Count 2** in the indictment.

We the jury find the defendant,

__X__ Guilty

_____ Not Guilty

Of **Count 3** in the indictment.

1

We the jury find the defendant,

__X__ Guilty

_____ Not Guilty

Of **Count 4** in the indictment.

We the jury find the defendant,

__X__ Guilty

_____ Not Guilty

Of **Count 5** in the indictment.

This __19th__ day of __December__, 2023.

_____
Foreperson Signature